WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA  2955-0
Union Plaza
1136 Union Mall, Suite 402
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net

Attorney for Plaintiffs TRUSTEES OF THE
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRUSTEES OF THE HAWAII LABORERS' TRUST FUNDS (**Pension Fund** by its Trustees, Randall Ching, Cedric Ota, Claude C. Matsumoto, Anacleto Alcantara, Leonard Leong, Alan Shintani, Fred Lau, Karl Kamada, Mark Matsumoto, Peter Ganaban, Joby North II, Alfonso Oliver, Pete Lindsey, Richard Nishie, and Narsi Ganaban; **Health & Welfare Fund** by its Trustees, Russell Nonaka, Anacleto Alcantara, Ron Prescott, Mark Tagami, Mark Tamashiro, Alfonso Oliver, Mark Matsumoto, Peter Ganaban, Joby North II, and Richard Nishie; **Annuity Fund** by its Trustees, Ryan Wada, Clay Asato, Anacleto Alcantara, Craig Nakanishi, Audrey Hidano, Mark | CIVIL NO. 1:17-cv-00415-JMS-KSC<br><br>DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation |

130090\940867

Matsumoto, Alfonso Oliver, Joby North II, and Richard Nishie; **Laborers' and Employers' Cooperation and Education Trust Fund (LECET)** by its Trustees, Kenneth Kobatake, Leonard Dempsey, Mark Tamashiro, Deron Matsuoka, Peter Ganaban, Mark Matsumoto, and Alfonso Oliver; **Apprenticeship and Training Fund** by its Trustees, Stephen Yoshida, Van Goto, Scott I. Higa, Leonard Leong, Francis Pascual, Peter Ganaban, Mark Matsomoto, Alfonso Oliver, and Alvis McCann; **Vacation & Holiday Fund by its Trustees**, Burt Watanabe, Kyle Nakamura, Anacleto Alcantara, Audrey Hidano, Alfonso Oliver, Joby North II, Mark Matsumoto, and Peter Ganaban),

         Plaintiffs,

  vs.

RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation,

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

130090\940867

2

## DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation

Defendant RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation ("Defendant"), having failed to plead or otherwise defend in this action and their default having been entered herein;

NOW, upon application of the above-named Plaintiffs and upon the declarations submitted, JUDGMENT IS HEREBY ENTERED against Defendant, in the sum of $36,502.78, together with interest accruing from August 20, 2017 until entry of this judgment herein at $3.57 per diem, plus legal interest from entry of this judgment until paid.

IT IS FURTHER ORDERED that the entry of this judgment shall be without prejudice to Plaintiffs' right to seek other and further sums owed by Defendant arising from hours worked during any period of time not heretofore audited.

DATED: Honolulu, Hawaii, November 27, 2017.

SUE BEITIA
CLERK OF THE UNITED STATES
DISTRICT COURT
FOR THE DISTRICT OF HAWAII

/s/SUE BEITIA by AFC
---
DEPUTY CLERK,
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

---

*HAWAII LABORERS' TRUST FUNDS, et al. v. RON'S CONCRETE SPECIALISTS, LTD., A HAWAII CORPORATION*; United States District Court, District For Hawaii, CIVIL NO. 1:17-cv-00415-JMS-KSC; DEFAULT JUDGMENT BY CLERK AGAINST DEFENDANT RON'S CONCRETE SPECIALISTS, LTD., a Hawaii corporation.